IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANNY LAMAR ADDIE, #152 701, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:12-cv-297-TMH |
| | ) | [wo] |
| ALABAMA BOARD OF PARDONS | ) | |
| AND PAROLES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On May 3, 2012, the Magistrate Judge filed a Recommendation in this case to
which no timely objections have been filed.  (Doc. 6)  Upon an independent review of the
file in this case and upon consideration of the Recommendation of the Magistrate Judge,
it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge
be and is hereby ADOPTED, the Plaintiff's claim against the Alabama Board of Pardons
and Paroles is DISMISSED with prejudice prior to service of process pursuant to that the
claim of false imprisonment be dismissed pursuant to the provisions of 28 U.S.C. §
1915(e)(2)(B)(I), The Alabama Board of Pardons and Paroles is DISMISSED as a part to
this cause of action, and the Plaintiff's claims against the remaining defendants is referred
back to the Magistrate Judge for additional proceedings.

DONE this 30th day of May, 2012.

/s/     Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE