IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANNY LAMAR ADDIE, #152701, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 2:12-cv-297-WHA ) |
| WILLIAM W. WYNN, JR., et al., | )            (WO) ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Danny Lamar Addie. This case is DISMISSED with prejudice, with costs taxed against the Plaintiff.

DONE this 1st day of July, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE